# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| KENNETH LEE ROBERSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV419-162 |
| JOHN WILCHER, et al., | ) ) ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

Before the Court is plaintiff Kenneth Roberson's Motion for Leave to Proceed *in forma pauperis*. Doc. 2. For the following reasons, the motion should be **DENIED**.

Two important points must be underscored. First, proceeding IFP is a privilege, not a right. *See Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 198 (1993). And second, courts have discretion to afford litigants IFP status; it is not automatic. 28 U.S.C. § 1915(a)(1) (courts "may authorize the commencement" of IFP actions); *Denton v. Hernandez*, 504 U.S. 25, 31 91992); s*ee also Marceauz v. Democratic Party*, 79 F. App'x 185, 186 (6th Cir. 2003) (no abuse of discretion when court determined plaintiff could not afford to pay the filing fee without undue hardship because he has no room and

board expenses, owns a car, and spends the $250.00 earned each month selling plasma on completely discretionary items); *Lee v. McDonald's Corp.*, 231 F.3d 456, 458 (8th Cir. 2000) (the decision of whether to grant or deny IFP status under 28 U.S.C. 1915 is discretionary). Plaintiff, who is incarcerated at Chatham County Jail alleges that he received a $9,000 check from probate court and that the current balance of his trust account is $1,980. Doc. 2 at 2. He also alleges that the total deposits to that account for the past six months is $9,786. *Id.* Plaintiff claims no expenses or other outstanding payments. Because his application for leave to proceed IFP clearly indicates that he has the financial means to pay the filing fee in this court, it should be **DENIED**.

This Report and Recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time to file objections

should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonett v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED,** this <u>8th</u> day of August, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA