**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

KENNETH LEE ROBERSON,       )
                            )
      Plaintiff,            )
                            )
v.                          )     CASE NO. CV419-162
                            )
SHERIFF JOHN WILCHER, OFFICER )
CORNELLIOUS, and LIEUTENANT  )
NEVELS,                     )
                            )
      Defendants.           )
_____)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 3.) After careful consideration and review of the record, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 2) is **DENIED**.

SO ORDERED this _17th_ day of September 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA