# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| KENNETH LEE ROBERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV419-162 |
| | ) |
| JOHN WILCHER, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This Court previously recommended the denial of plaintiff's application to proceed *in forma pauperis*. Doc. 3. That Recommendation was adopted by the assigned district judge. Doc. 4. Accordingly, plaintiff is **DIRECTED** to pay the filing fee within thirty days from the date of this order or face a recommendation of dismissal for failure to comply with a court order.[1]

**SO ORDERED,** this 14th day of January, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] In the alternative, plaintiff may make four equal payments of $100 by no later than the fifteenth of each month beginning on February 15. Regardless of which option plaintiff chooses, no action will occur in this case until plaintiff has complied with this obligation.