IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| KENNETH LEE ROBERSON,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN WILCHER, OFFICER CORNELLIOUS, and LIEUTENANT NEVELS,<br><br>    Defendants. | CASE NO. CV419-162 |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 20th day of July 2020.

                                               WILLIAM T. MOORE, JR.
                                             UNITED STATES DISTRICT COURT
                                             SOUTHERN DISTRICT OF GEORGIA