AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KENNETH LEE ROBERSON,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV419-162

JOHN WILCHER, OFFICER CORNELLIOUS, and
LIEUTENANT NEVELS,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated July 20, 2020, adopting the U. S. Magistrate Judge's Report and Recommendation; Judgment is hereby entered dismissing the complaint without prejudice.  This case stands closed.



7/20/2020
Date

John E. Triplett, Acting Clerk
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03